**Order entered February 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01759-CR

**NICHOLAS DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-58570-V**

## ORDER

This case was submitted December 16, 2014. On January 30, 2015, we received a motion from Lori Ordiway seeking to withdraw as appellant's counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Ms. Ordiway as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, within **TEN DAYS** of the date of this order, the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; Lori Ordiway; and the Dallas County District Attorney's Office.

We **ABATE** this appeal to allow the trial court to comply with this order.  The appeal will be reinstated ten days from the date of this order or when the order appointing new counsel is received.

/s/     DAVID EVANS
PRESIDING JUSTICE